**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Brian Ecton,<br><br>     Plaintiff,<br>v.<br><br>Navient Solutions, Inc.; and DOES 1-10, inclusive,<br><br>     Defendant. | Civil Action No.: 8:14-cv-01298-TDC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days. The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: October 21, 2014

            Respectfully submitted,

            By /s/ Sergei Lemberg
            Sergei Lemberg, Esq.
            LEMBERG LAW, L.L.C.
            1100 Summer Street, 3rd Floor
            Stamford, CT 06905
            Telephone: (203) 653-2250
            Facsimile: (203) 653-3424
            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By/s/ Sergei Lemberg

Sergei Lemberg