## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| BRIAN ECTON,<br><br>    Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC.,<br><br>    Defendant. | Civil Action No. TDC-14-1298 |

## ORDER

On October 21, 2014, Plaintiff advised the Court that the above action has been settled, including all counterclaims, cross-claims, and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby DISMISSED and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Date: October 22, 2014

/s/
THEODORE D. CHUANG
United States District Judge