## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| Brian Ecton, | : |
| | : Civil Action No.: 8:14-cv-01298-TDC |
| Plaintiff, | : |
| v. | : |
| Navient Solutions, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Navient Solutions, Inc. with prejudice and without costs to any party.

| Brian Ecton | Navient Solutions, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Zeenat A. Iqbal |
| Sergei Lemberg, Esq.<br>Lemberg Law, LLC<br>1100 Summer Street, Third Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250<br>Email: slemberg@lemberglaw.com<br>Attorney for Plaintiff | Zeenat A. Iqbal, Esq.<br>Eric M. Hurwitz, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>1250 Connecticut Avenue, N.W., Suite 500<br>Washington, DC 20036<br>Telephone: (202) 822-9611<br>Email: ziqbal@stradley.com<br>Email: ehurwitz@stradley.com<br>Attorneys for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 6, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg  
Sergei Lemberg, Esq.
